# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT B. STRONG, | |
| Plaintiff, | Case No. 2:13-cv-00656-JAD-GWF |
| vs. | **ORDER** |
| BANK OF NEW YORK MELLON, f/k/a BANK OF NEW YORK & FIRST HORIZON ASSET SECURITIES, INC., | |
| Defendants. | |

On March 6, 2014, the Court granted Defendant's motion to dismiss Plaintiff's complaint for failure to state a claim. The Court dismissed the complaint without prejudice and gave Plaintiff leave to file an amended complaint within 30 days to cure the deficiencies in his original complaint if he was able to do so. *See Order (#22)*. On April 9, 2014, Plaintiff sent a letter to the Court stating that he had been unable to contact his attorney to assist in filing an amended complaint and that he was in the process of attempting to find a new attorney. The Court conducted a status hearing in this matter on April 29, 2014 in which it directed Plaintiff to either have new counsel enter an appearance on his behalf or that Plaintiff notify the Court of his intention to proceed without counsel. No further communication was received from Plaintiff. The Court therefore conducted a further status hearing on July 15, 2014. Mr. Strong appeared and advised the Court that he intends to represent himself without counsel and desires to pursue this action. Accordingly,

. . .

. . .

. . .

1   **IT IS HEREBY ORDERED** that Plaintiff shall have until August 15, 2014 in which to file
2   an Amended Complaint in accordance with Order (#22). If Plaintiff fails to file an Amended
3   Complaint on or before said date as required, then the undersigned will recommend to the District
4   Judge that this action be dismissed with prejudice.
5   DATED this 17th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge