**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brett B. Strong,

     Plaintiff

v.

Bank of New York Mellon, et. al,

     Defendants

2:13-cv-00656-JAD-GWF

**Order Dismissing Case
with Prejudice**

By this action, plaintiff Brett B. Strong challenges Bank of New York Mellon's deed-of-trust interest in his home. Doc. 32. In March 2014, in response to the Bank's motion to dismiss, the court found that Strong had failed to state a cognizable claim and gave him leave to amend to cure carefully identified deficiencies in his claims. Doc. 22. Strong amended, Doc. 32, and the Bank again moved for dismissal, noting that the amendment failed to cure the defects. Doc. 33. The court agreed and dismissed the claims, Doc. 39, but gave Strong yet one more opportunity to file a proper motion to amend his complaint to plead an intentional misrepresentation claim. Doc. 39. The court cautioned Strong that "if [he] fails to file a proper motion to amend by [June 8, 2015,] or fails to show that he can plead a plausible intentional-misrepresentation claim, this case will be dismissed with prejudice." *Id.* Strong took neither course of action.

Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE. The Clerk of Court is instructed to enter judgment accordingly and close this case.

Dated this 19th day of June, 2015.

_____
Jennifer A. Dorsey
United States District Judge